AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
Michael Hardiman )    Case No:  3:04CR00019-010
)    USM No:  07592-028
Date of Original Judgment:   03/30/2006 )
Date of Previous Amended Judgment: _____ )    Sara Varner
*(Use Date of Last Amended Judgment if Any)*          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 months*  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _[signature]_ Dina M. Dayle
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  03/30/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  6/02/2015

_[signature]_
*Judge's signature*

Effective Date:  11/01/2015          Honorable Richard L. Young, Chief U.S. District Court Judge
*(if different from order date)*                    *Printed name and title*